*E-filed on* 6/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423<br>This Judgment Applies to:<br>C-04-04359 RMW |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICOM COMMUNICATIONS, et al.,<br><br>　　　　Defendants. | **AMENDED JUDGMENT** |
| AMERICOM, INC.,<br><br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL DISCOUNT TELECOMMUNICATIONS CORPORATION and WORLD LINK SOLUTIONS, INC.,<br><br>　　　　Third-Party Defendants. | |

AMENDED JUDGMENT— Case Nos. MDL-1423, 04-04359

On March 30, 2007, pursuant to its Claim Construction Order and Orders on Various Summary Judgment Motions dated March 29, 2007, the court purported to enter final judgment declaring that the patents-in-suit, U.S. Patent No. 5,883,964 and U.S. Patent No. 6,035,027, are invalid under the on-sale bar of 35 U.S.C. § 102(b) and that defendant Americom Inc. does not infringe either patent.

The court's judgment did not address the remaining declaratory judgment counterclaims brought by defendant Americom, Inc. against plaintiff seeking declarations that the patents are invalid under 35 U.S.C. §§ 102, 103 and 112 and the counterclaims against third-party defendants International Discount Telecommunications Corporation and World Link Solutions, Inc. for indemnity.  The court inadvertently failed to include a direction for final entry of judgment pursuant to Fed. R. Civ. P. § 54(b) on the claims resolved.  Therefore, the court hereby directs that final judgment be entered: (1) declaring the '964 and '027 patents invalid based upon the on-sale bar; and (2) adjudging that plaintiff take nothing on its claim of patent infringement.  The court expressly determines that there is no just reason for delay in the entry of final judgment because the remaining declaratory judgment counterclaims against plaintiff have been rendered moot and will only become ripe for decision if this judgment is reversed.  The viability of, or at least the extent of any damages recoverable on, the claims for indemnity will depend on the outcome of any appeal by plaintiff of the final judgment entered pursuant to the direction above.

Americom, Inc.'s third-party indemnification claims are stayed pending the resolution of any appeal by plaintiff of the final judgment entered pursuant to the direction above, or further order of the court, without prejudice to a later request to remand the indemnification claims to the originating district court, the United States District Court, District of Utah.

DATED:      6/13/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this judgment was mailed on    6/13/07              to**:

**Counsel for Plaintiff:**

John P. Sutton
2421 Pierce Street
San Francisco, CA 94115-1131

**Counsel for Defendants:**

Jeffrey L. Silvestrini, Brian F. Roberts
Cohne Rappaport & Segal
P.O. Box 11008
Salt Lake City, UT 84147-0008

Raymond J. Etcheverry
Parsons, Behle & Latimer
One Utah Center
201 South Main Street,
Suite 1800, Post Office Box 45898
Salt Lake City, UT 84145

**Courtesy Copy:**

Clerk of the Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

AMENDED JUDGMENT— Case Nos. MDL-1423, 04-04359